# SMITH & DOWNEY

A PROFESSIONAL ASSOCIATION
320 E. TOWSONTOWN BLVD
SUITE 1 EAST
BALTIMORE, MARYLAND 21286
(410) 321-9000
FAX: (410) 321-6270
http://www.smithdowney.com

**DOUGLAS W. DESMARAIS**
Direct Number: (410) 321-9348
E-mail: ddesmarais@smithdowney.com

**Baltimore**
**New York**
**Washington, D.C.**
**Charleston**
**Cincinnati**
**West Palm Beach**

May 8, 2024

**By ECF Electronic Filing**

The Honorable Peter J. Messitte
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Su v. Axim Fringe Solutions Group, LLC, et al.*
               Civil Docket No.: 8:24-cv-00483-PJM

Dear Judge Messitte:

      By way of introduction, I have been retained by all of the defendants except Ms. Melissa McManes with respect to ongoing efforts to resolve the above-referenced matter prior to the formal filing of a responsive pleading in this case. By way of full disclosure, I have not yet been engaged to represent the defendants beyond these initial efforts.

      The purpose of this correspondence is to request on behalf of all of the defendants a 7-day extension of time to answer or otherwise respond to plaintiff's complaint. By way of explanation, the parties are currently engaged in settlement discussions in an attempt to resolve this matter promptly and amicably. In light of this ongoing dialogue, defendants respectfully request that the deadline for them to answer or otherwise respond to plaintiff's complaint be extended through and until Monday, May 20, 2024. Counsel for plaintiff and counsel for Ms. McManes have consented to this extension.

      This request is being presented by way of correspondence rather than a formal, captioned pleading, due to the limited nature of my current engagement. I apologize for this irregularity, and respectfully pray that, under the circumstances, this Honorable Court grant the relief requested above.

                                                  Very truly yours,

                                                  */s/ Douglas W. Desmarais*

                                                  Douglas W. Desmarais (Bar #5180)

cc:    Andrea C. Luby, Esq. [by email (Luby.Andrea@DOL.gov) and ECF]
        Stephen B. Lebau, Esq. (by email: sl@joblaws.net)