IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIE A. SU, <br> ACTING SECRETARY OF LABOR <br> UNITED STATES DEPARTMENT OF LABOR | * <br><br> * | |
| Plaintiff | * | Civil Action No. 8:24-cv-00483-PJM |
| v. | * | |
| AXIM FRING SOLUTIONS GROUP, LLC, <br>     et al. | * <br><br> * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of Defendants' consent request for an enlargement of time for Defendants to answer or otherwise respond to Plaintiff's Complaint, it is this ___ day of May, 2024, hereby

ORDERED, that Defendants' request be and hereby is GRANTED; and it is further

ORDERED, that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is enlarged through and until May 20, 2024.

_____
Judge