# EXHIBIT 2

Exhibit 2

<u>Axim Fringe Solutions Group, LLC Master Trust (AMT)</u>

Account Number: #XXXXX0986


<u>Axim Managed Retirement Solutions, LLC (AMRS MT)</u>

Account Number: #XXXXX1723


<u>Axim Sub Trust Accounts</u>

| Last 4 of Account Number: | Account Name: |
|---|---|
| 1015 | Axim Fringe Solutions Group LLC NT Concepts |
| 7848 | Axim Fringe Solutions Group LLC NT Concepts - 002 |
| 3699 | Axim Fringe Solutions Group   Helm Point Solutions Inc |
| 5537 | Axim Fringe Solutions Group LLC AACon General Contractors |
| 7147 | Axim Fringe Solutions Group LLC AAI-Anthony & Associates |
| 4379 | Axim Fringe Solutions Group LLC ADA S. McKinley Community Services Inc |
| 2788 | Axim Fringe Solutions Group LLC Affordable Engineering Services Inc |
| 1590 | Axim Fringe Solutions Group LLC Akal Security |
| 0144 | Axim Fringe Solutions Group LLC Akytech Consulting Sub |
| 7517 | Axim Fringe Solutions Group LLC Alderva, LLC |
| 3400 | Axim Fringe Solutions Group LLC Aliron International Inc |
| 0439 | Axim Fringe Solutions Group LLC Alliance Sub Trust Account |
| 4085 | Axim Fringe Solutions Group LLC American Management Group/ISCI |
| 2378 | Axim Fringe Solutions Group LLC AMTIS Sub |
| 2295 | Axim Fringe Solutions Group LLC Arc Healthcare Solutions Sub |
| 2812 | Axim Fringe Solutions Group LLC Ati Government Solutions LLC |
| 9854 | Axim Fringe Solutions Group LLC Atlas Executive Consulting LLC |
| 5403 | Axim Fringe Solutions Group LLC Aveshka Inc |
| 2796 | Axim Fringe Solutions Group LLC Avesi |
| 5717 | Axim Fringe Solutions Group LLC Axseum |
| 1533 | Axim Fringe Solutions Group LLC BES Design/Build LLC |
| 6274 | Axim Fringe Solutions Group LLC Blazy Construction |
| 5594 | Axim Fringe Solutions Group LLC Bmt Designers & Planners Inc |
| 7277 | Axim Fringe Solutions Group LLC Bobbie Jessie, LLC Dba Jes Tech |
| 3319 | Axim Fringe Solutions Group LLC Breakforth Solutions Inc |
| 0439 | Axim Fringe Solutions Group LLC Brightkey Sub Trust |
| 0458 | Axim Fringe Solutions Group LLC Brillent Corporation |
| 8823 | Axim Fringe Solutions Group LLC C2 Solutions Group Inc |
| 2648 | Axim Fringe Solutions Group LLC California Environmental Systems |
| 2014 | Axim Fringe Solutions Group LLC Cambridge International Systems |

1

Exhibit 2

| 1966 | Axim Fringe Solutions Group LLC CeleraPro |
| 5816 | Axim Fringe Solutions Group LLC Central Research Inc |
| 2891 | Axim Fringe Solutions Group LLC Central Research Inc Sub Trust |
| 2626 | Axim Fringe Solutions Group LLC CG Moving Co. Sub |
| 6933 | Axim Fringe Solutions Group LLC Check Defense LLC |
| 2386 | Axim Fringe Solutions Group LLC Chi-Chack Sub |
| 1917 | Axim Fringe Solutions Group LLC Clason Point Partners Subtrust |
| 8443 | Axim Fringe Solutions Group LLC Cognition LLC |
| 1699 | Axim Fringe Solutions Group LLC Columbia Lighthouse For The Blind |
| 4361 | Axim Fringe Solutions Group LLC CoSolutions Inc |
| 2321 | Axim Fringe Solutions Group LLC Cybermedia   Technologies Inc |
| 2337 | Axim Fringe Solutions Group LLC Cydecor Sub |
| 1511 | Axim Fringe Solutions Group LLC Dinocrates Group LLC |
| 7350 | Axim Fringe Solutions Group LLC DPMS LLC |
| 3121 | Axim Fringe Solutions Group LLC Eagle Systems and Services Inc |
| 1941 | Axim Fringe Solutions Group LLC Edward Zengal & Son Express Inc |
| 2820 | Axim Fringe Solutions Group LLC Ega Associates |
| 6195 | Axim Fringe Solutions Group LLC EOIR Technologies, Inc. |
| 3208 | Axim Fringe Solutions Group LLC Evo Transportation |
| 4460 | Axim Fringe Solutions Group LLC Excalibur Associates Inc |
| 4478 | Axim Fringe Solutions Group LLC Excalibur Security Services LLC |
| 6381 | Axim Fringe Solutions Group LLC Facility Services Management Inc Sub |
| 0185 | Axim Fringe Solutions Group LLC Fencing Specialists Sub |
| 4395 | Axim Fringe Solutions Group LLC Futrend Technology Inc |
| 0994 | Axim Fringe Solutions Group LLC G4S Gs-Ccf Account |
| 2006 | Axim Fringe Solutions Group LLC Global Security Corporation |
| 5792 | Axim Fringe Solutions Group LLC Governed United Security Professionals |
| 5395 | Axim Fringe Solutions Group LLC Grove Resource Solutions Inc |
| 5768 | Axim Fringe Solutions Group LLC GTI Federal |
| 6511 | Axim Fringe Solutions Group LLC HAECO Americas |
| 5545 | Axim Fringe Solutions Group LLC HART Technologies Inc |
| 1438 | Axim Fringe Solutions Group LLC Hsg, LLC Dba Herndon Solutions Group |
| 5750 | Axim Fringe Solutions Group LLC HydroGeoLogic Inc |
| 6354 | Axim Fringe Solutions Group LLC Hydrogeologic Inc |
| 5288 | Axim Fringe Solutions Group LLC I3T, LLC |
| 7368 | Axim Fringe Solutions Group LLC IIF Data Inc |
| 5767 | Axim Fringe Solutions Group LLC Infinisource Solutions |
| 7600 | Axim Fringe Solutions Group LLC Information Innovators Inc |
| 2663 | Axim Fringe Solutions Group LLC Infrastructure & Energy Alternative Inc |
| 1503 | Axim Fringe Solutions Group LLC Insignia Technology Services, LLC |
| 7525 | Axim Fringe Solutions Group LLC Integrated Mission Support Services, LLC |
| 4403 | Axim Fringe Solutions Group LLC IntellecTechs Inc |

Exhibit 2

| | |
|---|---|
| 8051 | Axim Fringe Solutions Group LLC Inverness Technologies |
| 2655 | Axim Fringe Solutions Group LLC Isn Corporation |
| 3855 | Axim Fringe Solutions Group LLC ISS Action |
| 9782 | Axim Fringe Solutions Group LLC Jasint Consulting Sub |
| 1396 | Axim Fringe Solutions Group LLC Kenific Group Inc |
| 1933 | Axim Fringe Solutions Group LLC Kingfisher Ststems Subtrust |
| 2804 | Axim Fringe Solutions Group LLC Kr Contracting, Inc |
| 7368 | Axim Fringe Solutions Group LLC LIF Data Inc Account |
| 9045 | Axim Fringe Solutions Group LLC Longeviti LLC |
| 8880 | Axim Fringe Solutions Group LLC Luminary Global LLC |
| 5453 | Axim Fringe Solutions Group LLC M&M Services Company Inc |
| 8450 | Axim Fringe Solutions Group LLC Marton Technologies Inc |
| 3707 | Axim Fringe Solutions Group LLC McKean defense Group |
| 7855 | Axim Fringe Solutions Group LLC Melgar Facility Maintenance |
| 6636 | Axim Fringe Solutions Group LLC MicroSyatems Automation Group |
| 3083 | Axim Fringe Solutions Group LLC Midwest Transport Inc |
| 5446 | Axim Fringe Solutions Group LLC North American Security |
| 5784 | Axim Fringe Solutions Group LLC Norton Consulting & Investigations |
| 6399 | Axim Fringe Solutions Group LLC Nw Works Inc Sub |
| 6761 | Axim Fringe Solutions Group LLC Obxtek Inc |
| 7350 | Axim Fringe Solutions Group LLC Pacific Point Services |
| 1487 | Axim Fringe Solutions Group LLC Paragon Force Inc |
| 7541 | Axim Fringe Solutions Group LLC Patriot Group International Inc |
| 9029 | Axim Fringe Solutions Group LLC PFC Feredal, LLC |
| 2669 | Axim Fringe Solutions Group LLC PMM Facilities Management |
| 6779 | Axim Fringe Solutions Group LLC Ponderful LLC |
| 6282 | Axim Fringe Solutions Group LLC Price Transfer, Inc |
| 6941 | Axim Fringe Solutions Group LLC Priority Construction Corporation |
| 7285 | Axim Fringe Solutions Group LLC Quality Innovation, Inc |
| 6628 | Axim Fringe Solutions Group LLC Quality Investigations Inc |
| 2143 | Axim Fringe Solutions Group LLC Reb Rowe Services LLC |
| 8002 | Axim Fringe Solutions Group LLC RTW Management |
| 0827 | Axim Fringe Solutions Group LLC Sabre System Sub Trust |
| 2303 | Axim Fringe Solutions Group LLC Seneca Holdings Sub |
| 7533 | Axim Fringe Solutions Group LLC Sfs Global/Tiburon Jv LLC |
| 8192 | Axim Fringe Solutions Group LLC Silverstar Consulting, Inc |
| 8119 | Axim Fringe Solutions Group LLC Sirco Federal Services Inc |
| 4874 | Axim Fringe Solutions Group LLC Solvere Technical Group LLC |
| 5677 | Axim Fringe Solutions Group LLC South Dade Air Conditioning |
| 5877 | Axim Fringe Solutions Group LLC South Dade Air Conditioning and Refrigeration Inc |
| 4437 | Axim Fringe Solutions Group LLC Stratify LLC |

Exhibit 2

| | |
|---|---|
| 1541 | Axim Fringe Solutions Group LLC Stretegic Technology Institute Inc. |
| 6925 | Axim Fringe Solutions Group LLC Tape Technical and Project Engineering |
| 6753 | Axim Fringe Solutions Group LLC Techanax LLC Sub |
| 5129 | Axim Fringe Solutions Group LLC Terra Firma Solutions |
| 5569 | Axim Fringe Solutions Group LLC THOR Solutions LLC |
| 6407 | Axim Fringe Solutions Group LLC Three Wire Systems LLC Sub |
| 2628 | Axim Fringe Solutions Group LLC Tri Star Engineering |
| 2360 | Axim Fringe Solutions Group LLC US Ecology Sub |
| 8898 | Axim Fringe Solutions Group LLC Valkyrie Enterprises LLC |
| 7343 | Axim Fringe Solutions Group LLC Vision Point Systems |
| 1715 | Axim Fringe Solutions Group LLC VMD Systems Integrators Inc |
| 4270 | Axim Fringe Solutions Group LLC Vor Technology |
| 7139 | Axim Fringe Solutions Group LLC Wadley Construction |
| 6917 | Axim Fringe Solutions Group LLC Wheelchair Transport Service |

| | |
|---|---|
| 4143 | Jalisco |
| 4150 | MasTec |
| 3657 | Acuity |
| 3665 | Bona Fide |
| 3079 | Horizons |
| 2949 | Insights Training |
| 2956 | Nelson Enterprise |
| 2931 | Job Squad |
| 2915 | Elwyn |
| 2923 | SW Resources |

4